JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMOS LEE WHITE, | ) | Case No. CV 15-9656 DOC(JC) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| D. PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge:

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") is dismissed without prejudice for lack of jurisdiction.

ALTERNATIVELY, in the event the Court is deemed to have jurisdiction over any of the claims in the Petition, IT IS ADJUDGED that such claims are dismissed with prejudice as time-barred.

DATED:  March 14, 2017

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE